DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
INLOW, ROBERT L

Case No. 07-02444-FLK13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $801.19, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 6 | LAURA INLOW JOHNSTON<br>C.O CRAIG SMITH ATTY<br>YAKIMA, WA 98901 | $801.19 |

Dated: November 02, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875267    11-8-10    #801.19

07-02444-FLK13    Doc 58    Filed 11/08/10    Entered 11/08/10 14:25:32    Pg 1 of 1